# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES B. POLK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION 20-0093-WS-MU |
| TU JA BANG, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

This matter comes before the Court on the Motion for Extension of Time to Respond (doc. 58) filed by plaintiff James B. Polk, proceeding *pro se*.[1] On April 21, 2021, the undersigned entered an Order (doc. 53) providing that plaintiff's response to defendants' Motion for Summary Judgment must be filed on or before May 18, 2021. Because of concerns about whether and how Polk was served with the April 21 Order, the Court *sua sponte* entered a second Order (doc. 57) on June 3, 2021, extending the time for Polk to respond to defendants' Motion for Summary Judgment through **June 18, 2021**.

In his timely Motion for Extension, plaintiff now seeks an extension of this briefing deadline on the grounds that he is "looking for an attorney who can assist in this case." (Doc. 58.) This justification is not particularly persuasive. After all, Polk's counsel of record was

---

[1] In certain filings and official court records, plaintiff's name had been incorrectly listed as "James K. Polk." The Complaint, Amended Complaint and Notice of Removal all correctly reflect that plaintiff's name is "James B. Polk." Plaintiff having notified the Clerk's Office of this error telephonically on this date, the docket sheet has now been modified to identify plaintiff by his proper middle initial. Also, the parties are advised that Polk has been granted electronic filing privileges by the Clerk's Office, effective yesterday. Accordingly, defendants are no longer obligated to furnish Polk with service copies of their filings via U.S. Mail, and Polk will no longer receive paper copies of orders or other documents issued by this Court or the Clerk's Office; rather, Polk's sole notice of any and all documents filed in this case will be in the form of electronic notifications sent to his email address of record. It is Polk's sole responsibility to monitor that email account and promptly retrieve and review copies of all documents, orders and court notices electronically filed in this matter.

allowed to withdraw from the case back on February 22, 2021, and Magistrate Judge Milling entered an Order (doc. 44) on March 9, 2021 specifying that Polk "is now representing himself in this action. … He is also informed that additional information for parties who are representing themselves may be found on the Court's external website." (Doc. 44.) Thus, Polk has already had the benefit of nearly four months to identify and retain alternative counsel. There is no evidence that he has pursued efforts to locate and hire a new lawyer diligently. Further, defendants' Motion for Summary Judgment was filed nearly two months ago. This Court will not delay these proceedings indefinitely while Polk searches for legal representation.

Notwithstanding the foregoing, in deference to Polk's *pro se* status, the Court will afford him one final limited opportunity to endeavor to retain counsel before his summary judgment response deadline. For that reason and for that narrow purpose, Polk's Motion for Extension of Time to Respond (doc. 58) is **GRANTED**. The deadline for Polk to file his response to the Motion for Summary Judgment is **EXTENDED** through and including **July 1, 2021**. Defendants must file their reply on or before **July 15, 2021**, at which time the Motion for Summary Judgment will be taken under submission. Polk is cautioned not to expect further enlargement of these briefing deadlines to enable him to continue looking for a new lawyer.

DONE and ORDERED this 18th day of June, 2021.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE